FILED
JUL 0 1 2019
TIMOTHY M. O'BRIEN CLERK
By _____CA_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Monica Green
_____

_____

_____
(Enter above the full name of the Plaintiff(s))

vs.                                         Case Number: 2:19-CV-2358-CM-TJJ

KVC
_____
Name
1211 N 8th St
_____
Street and number
Kansas City KS 66101
_____
City        State       Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff Monica Green

     Address 3145 Coronado Rd Kansas City KS 66104

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant KVC _____ is

employed at KVC _____

_____

C. Additional Defendants _____

_____

_____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of __Kansas__.

2. The first-named defendant above is either

a. a citizen of the State of __Kansas__; or

b. a corporation incorporated under the laws of the State of __Kansas__ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of _____; or

b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Antonio Higgins had Intentionally and deliberately tampered with Monica drug test's every time to use against Monica Green in the Wyandotte County Kansas Juvenile Court. Mr. Higgins damage my reputation and made me look like a bad parent. Therefore, the crime that has been committed here is Intentional Tort altering or tampering with a person or persons drug test. And defamation of character caused damage to a person or persons reputation through written or spoken word making negative statement about Monica Green. Due to negligence and careless act Antonio Higgins intentionally altered and tampered with the UA's at KVC and failed to maintain a safe environment.

3

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Intentional Infliction of emotional Distress, Libel defamation of characte making false and or malicious statements, damage to reputation through written or spoken words.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [ ]   No [✓]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

600.000 Intentional Tort publicized in print false and/or malicious statements. Intentional Infliction of emotional distress, humiliate, severe anxiety, attracting undue attention, highly objectionable, embarrassment.

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [✓]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    _____

    _____

    _____

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

    _____

    _____

    _____

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

   ✓    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Monica A. Green*
Signature of Plaintiff

Monica A. Green
Name (Print or Type)

5

3145 Coronado Rd
Address

Kansas City KS 66104
City       State      Zip Code

913-283-7254
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐Wichita, ☑Kansas City   or   ☐Topeka , Kansas as the location for the
(check one location)
trial in this matter.

*Moneca A. Green*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☑ yes  ☐ no .
(check one)

*Moneca A. Green*
Signature of Plaintiff

Dated: 06-28-19
(Rev. 8/07)

6

## Additional Information

I Monica Green started to work with KVC September 2017 the plan was to reunite Angellik Green back into his home at 3145 Coronado rd. Kansas City KS 66104. Since the case has started I worked with three different Therapeutic Case Manager. Doug Monery, Antonio Higgins, and Rachael. I worked with Doug for six months and had received positive UA's for six months Doug Monery decided to relocate out of town to another company. From there I was allocated to another Therapeutic Case Manager Antonio Higgins when I Monica Green then started to receive negative UA's. On 3/14/2018 at 4:15 pm Antonio asked me to take a UA since I Monica Green had been receiving negative UA's from Mr. Higgins for my protection I decided to record Antonio Higgins which then find out in the recording that Mr. Higgins was sabotaging Monica Green UA's by sprinkling cocaine onto the KVC drug test that clearly shows on the recording. Antonio Higgins had Intentionally and deliberately tampered with my drug test's every time to use against Monica Green in the Wyandotte County Kansas Juvenile Court. Mr. Higgins damage my reputation and made me look like a bad parent. Therefore, the crime that has been committed here is Intentional Tort altering or tampering with a person or persons drug test. And defamation of character caused damage to a person or persons reputation through written or spoken word making negative statement about Monica Green. Due to negligence and careless act Antonio Higgins intentionally altered and tampered with the UA's at KVC and failed to maintain a safe environment.